# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Elrod, Jennifer W. | Fifth Circuit Court of Appeals | 08/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court of Appeals, Active Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

515 Rusk Avenue, 12th Floor
Houston, TX 77002-2603

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Regents Member | Baylor University |
| 2. | Board Member | Houston Urban Debate League |
| 3. | Board Member | Garland R. Walker American Inn of Court |
| 4. | Board Member | Federal Judges Association |
| 5. | Advistory Board Member | Baylor University Center for Christian Music Studies |
| 6. | Emeritus Board Member (non-voting) | Texas Center for Legal Ethics |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. | 2015 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 08/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Allconnect, Inc - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baylor University | 2/11/15 - 2/13/15 | Waco, TX | Speaking at Law School and Board Meeting | Lodging and Meals |
| 2. | Texas Women Lawyers | 2/27/15 | Dallas, TX | Spreaking at Conference | Travel and Meals |
| 3. | Federal Judge's Association | 4/13/15 - 4/14/15 | Washington, DC | Board Meeting | Travel, Lodging and Meals |
| 4. | Baylor University | 5/14/15 | Waco, TX | Board Meeting | Meals |
| 5. | University of Texas Law School | 6/4/15 - 6/5/15 | Austin, TX | Speaking to Law Students | Travel, Lodging and Meals |
| 6. | University of Illinois | 9/9/15 - 9/11/15 | Champaign, IL | Speaking at Law School | Travel, Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 08/10/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Texas Employment Lawyers Association | 10/8/15 - 10/11/15 | San Miguel de Allende, Mexico | Speaking at Conference | Transportation, Housing, Meals |
| 8. | Baylor University | 10/21/15 - 10/22/15 | Waco, TX | Board Meeting | Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 08/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alley Bank CD | A | Interest | K | T | Buy | 06/15/15 | K | | |
| 2. Capital Bank CD | A | Interest | K | T | Buy | 06/15/15 | K | | |
| 3. Goldman Sachs Bk CD | A | Int./Div. | K | T | Buy | 06/15/15 | K | | |
| 4. Charles Schwab US REIT ETF | A | Distribution | J | T | Buy | 06/08/15 | J | | |
| 5. Fidelity Balanced Fund | D | Dividend | K | T | Buy (add'l) | 10/09/15 | J | | |
| 6. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 7. Fidelity Government Income | B | Dividend | J | T | | | | | |
| 8. Fidelity Growth & Income Fund | B | Dividend | K | T | | | | | |
| 9. Fidelity Real Estate Investment | B | Dividend | K | T | | | | | |
| 10. Fidelity Short Term Bond | A | Dividend | J | T | | | | | |
| 11. Fidelity Total Bond | B | Dividend | J | T | | | | | |
| 12. IShares Core S&P Total US Stock | A | Dividend | K | T | | | | | |
| 13. IShares Core Total US Bond ETF | B | Dividend | L | T | | | | | |
| 14. IShares Gold ETF | A | Distribution | J | T | Buy | 06/08/15 | J | | |
| 15. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 16. IShares High Yield Corp Bond ETF | A | Dividend | K | T | Buy | 06/08/15 | J | | |
| 17. | | | | | Buy (add'l) | 08/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares Trust MSCI Total Intl Stk | D | Dividend | M | T | Buy (add'l) | 01/07/15 | M | | |
| 19. Janus Fund Class T | D | Dividend | K | T | | | | | |
| 20. JH Total Stock Mkt Index Fund 401k | A | Dividend | | | Sold | 08/15/15 | K | C | |
| 21. Landus International Marketmasters Fund | D | Distribution | L | T | Buy (add'l) | 03/10/15 | J | | |
| 22. | | | | | Sold (part) | 06/12/15 | K | A | |
| 23. | | | | | Sold (part) | 07/20/15 | J | A | |
| 24. Fidelity Merger Fund | A | Dividend | J | T | | | | | |
| 25. Perkins Mid Cap Value Fund | D | Dividend | K | T | | | | | |
| 26. Pimco Short Term Admin SHS | A | Dividend | J | T | | | | | |
| 27. Pimco Total Return Admin SHS | A | Dividend | J | T | | | | | |
| 28. SCH US AGG Bond ETF | B | Dividend | L | T | | | | | |
| 29. Schwab MarketMgr International | A | Dividend | | | Sold | 06/04/15 | K | E | |
| 30. Schwab Emerging Markets Equity ETF | A | Distribution | J | T | Buy | 06/08/15 | J | | |
| 31. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 32. Schwab Funda EMG MKTS Large ETF | A | Distribution | J | T | Buy | 06/08/15 | J | | |
| 33. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 34. Schwab Fundamental INL Larg Co ETF | A | Dividend | J | T | Buy | 06/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab Fundamental Intl Smal Co ETF | A | Dividend | J | T | Buy | 06/08/15 | J | | |
| 36. Schwab Fundamental US Large Co ETF | A | Dividend | K | T | Buy | 06/08/15 | K | | |
| 37. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 38. Schwab Fundamental US Small Co ETF | A | Distribution | J | T | Buy | 06/08/15 | J | | |
| 39. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 40. Schwab International Equity ETF | A | Distribution | J | T | Buy | 06/08/15 | J | | |
| 41. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 42. Schwab International Smallcap Eqty ETF | A | Dividend | J | T | Buy | 06/08/15 | J | | |
| 43. Schwab Small Cap Index Fund | D | Distribution | L | T | | | | | |
| 44. Schwab Total Stk Market | C | Distribution | N | T | Sold (part) | 06/04/15 | L | E | |
| 45. | | | | | Sold (part) | 06/12/15 | M | D | |
| 46. | | | | | Sold (part) | 07/20/15 | K | B | |
| 47. | | | | | Sold (part) | 10/26/15 | J | C | |
| 48. | | | | | Sold (part) | 12/03/15 | K | | |
| 49. Schwab US Large Cap ETF | A | Dividend | K | T | Buy | 06/08/15 | J | | |
| 50. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 51. Schwab US Small Cap ETF | A | Dividend | J | T | Buy | 06/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Templeton Global Bond | A | Dividend | J | T | | | | | |
| 53. Van Eck Market Vec Localcur Bnd | A | Dividend | K | T | Buy | 06/08/15 | K | | |
| 54. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 55. Vanguard Glbl Ex US Real Estate | A | Dividend | J | T | Buy | 06/08/15 | J | | |
| 56. Vanguard Lifestrategy Growth | C | Dividend | M | T | | | | | |
| 57. Vanguard College Savings Iowa 529 Age - based Savings Track A | A | Dividend | K | T | | | | | |
| 58. Texas County and District Retirement System | A | Interest | J | T | | | | | |
| 59. Employee Retirement System of Texas | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 08/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

n/a

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer W. Elrod**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544